IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| REBECCA W. PICKETT, | ) | CV 18-00087 DKW-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| STATE OF HAWAII, | ) | RECOMMENDATION |
| DEPARTMENT OF EDUCATION, | ) | |
| KAUAI DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 21, 2018 and served on all parties on November 23, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

Recommendation to Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 11, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Rebecca W. Pickett v. State of Hawaii, et al.* Civil No. 18-00087 DKW-RLP;
**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**